DATE 8/29/19
LOCATION Plano
JUDGE Kimberly C. Priest Johnson
DEPUTY CLERK: Toya McEwen
COURT REPORTER: Digital Recording
INTERPRETER:
USPO:
BEGIN 10:54 am

Total time: 21 minutes

CASE NUMBER 4:19-cr-181 ALM
USA  Anard Varadarajan  Assigned
VS   Anard Varadarajan  Appeared

CONRAD ROCKENHAUS
Defendant
Walter Reaves, RET (to file PHV today)
Attorney

Hearing held with 4:19cr173.3

☑ ARRAIGNMENT

## ARRAIGNMENT

☐ Interpreter required
☑ Defendant sworn
☑ Arraignment held    ☐ Arraignment called    ☐ Arraignment reset: _____
☑ Defendant is the same person as named in indictment.
☑ Defendant appeared: ☑ with  ☐ without counsel
☐ Defendant advised of Constitutional rights.    ☐ Defendant acknowledged understanding Constitutional rights.

☐ Arraignment RESET to: _____

☑ Dft  ☑ received copy of charges  ☐ discussed charges with counsel  ☐ charges read
       ☑ waived reading of charges  ☑ advised of maximum penalties

Dft enters a plea of: ☑ not guilty  ☐ guilty  ☐ nolo  ☐ guilty - lesser
to counts: ☑1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 ☐11 ☐12 ☐ _____
☐ all counts;  ☐ indictment includes forfeiture

☑ Pretrial Order and Scheduling Order -Discovery and Inspection to be entered.

☑ **PRETRIAL CONFERENCE SET**: Friday, October 11, 2019, at 10:00 a.m. before Judge Amos L. Mazzant in Sherman, Texas

☐ _____

☐ Government motion _____

☐ Defendant remanded to custody USM    ☑ Defendant remained on Conditions of Release

OTHER PROCEEDINGS: Oral motion by Gov't to add additional conditions of release. No objections by defense. Court read additional conditions into the record and gave defendant a copy of additional conditions. Defendant remains on bond.

FILED AUG 29 2019 Clerk, U.S. District Court Texas Eastern

CRIM 92-116                                                    11:18 am Adjourn