IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | No. 4:19CR181 |
| | * | |
| CONRAD A. ROCKENHAUS | * | |

MOTION TO RECONSIDER
ORDER OF DETENTION PENDING TRIAL

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, CONRAD A. ROCKENHAUS, Defendant in the above referenced cause, by and through his attorney of record, and files this Motion to reconsider the "Order of Detention Pending Trial", and as grounds therefore would show the following:

1. On or about December 4, 2019 Defendant was taken into custody, based on the allegation that he had violated a condition of release. A hearing was held on February 20, 2020 and following such hearing the Court entered an order revoking Defendant's bond.

2. Defendant has remained in custody since he was arrested on December 4, 2019; he was detained in McLennan County for several weeks before he was eventually transferred to the Eastern District so a hearing could be held. Currently he is being housed in a detention facility in Fannin County, Texas.

3. Defendant has entered into a plea agreement with the United States and is scheduled to enter a guilty plea on August 26, 2021. Part of that agreement requires Defendant to be admitted into a program operated by the Veteran's Administration. Arrangements have been made to do so, and Defendant has been approved for entry into the program; the acceptance requires him to check in to the VA hospital on August 26, 2021.

4. Defendant suggests it is in the best interests of everyone to release Defendant to the Veteran's Administration so that he can begin treatment and obtain the

services he needs.

5. Counsel has discussed this matter with the Assistant United States attorney and believes they will inform the Court that they have no objection to Defendant's release to the Veteran's Administration after his plea is entered.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court to reconsider its Order of Detention, and release defendant under whatever terms and conditions the court feels are appropriate.

Respectfully submitted,

/s/ Walter M. Reaves, Jr.
Walter M. Reaves, Jr.
100 N. 6th Street, Suite 902
Waco, Texas 76701
(254) 296-0020
FAX (877) 726-4411
TBA# 16644200
wmreaves@reaveslegal.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Reconsider Order of Detention prior to trial has been served on Anand Varadarajan, Assistant United States Attorney, on August 18, 2021.

/s/ Walter M. Reaves, Jr._ Walter M. Reaves, Jr.