IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | No. 4:19CR181 |
| | * | |
| CONRAD A. ROCKENHAUS | * | |

ORDER GRANTING
MOTION TO RECONSIDER ORDER OF DETENTION

On this the _____day of August, 2021, came on to be heard defendant's Motion to Reconsider the Order of Detention Pending Trial

Having heard and considered the same;

IT IS ORDERED that the Motion is hereby GRANTED/DENIED