UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | Case Number 4:19CR181 |
| § | |
| CONRAD ALAN ROCKENHAUS § | |

### DEFENDANT'S MOTION TO EXPEDITE PREPARATION OF PRESENTENCE INVESTIGATION REPORT

COMES NOW the defendant, CONRAD ALAN ROCKENHAUS, by and through his attorney, WALTER M. REAVES, JR. who respectfully requests the District Court expedite the preparation of the presentence investigation report and in support thereof will show the following:

Defendant entered a plea of guilty on guilty on September 7, 2021. A PSI interview was conducted by phone on October 5, 2021. As of this date, the report has not been completed and no sentencing date has been set.

The plea agreement with the government called for a sentence of 18 months, followed by three years of supervised release. As of this date, Defendant has served that sentence. Defendant is currently scheduled to be transported to the Hospital of Veteran's Affairs on November 17th, 2021, pursuant to another term of the plea agreement which requires Defendant to be released into a treatment facility. Given the amount of time that has passed, and the fact that Defendant has already served the

1

term of imprisonment, Defendant requests the Court the presentence report be expedited so a sentencing date can be scheduled and the case finally disposed of.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully prays the Court grant this motion to expedite the preparation of the presentence investigation report.

Respectfully submitted,

/s/ Walter M. Reaves, Jr.
Walter M. Reaves, Jr.
100 N. 6th Street, Suite 902
Waco, Texas 76701
Tel: (254) 296-0020
State Bar No. 16644200
wmreaves@reaveslegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Discharge from Probation was delivered to Anand Varadarajan, Assistant United States Attorney on this 12th day of November, 2021

/s/ Walter M. Reaves, Jr.
Walter M. Reaves, Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case Number 4:19CR181 |
| § | |
| CONRAD ALAN ROCKENHAUS § | |

### ORDER

On this day, came to be heard the Defendant's Motion to Expedite Preparation of Presentence Investigation Report and the Court after hearing the argument and evidence thereon and being of the opinion that said Motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED, and DECREED by the Court that said Motion for Continuance be GRANTED.

SIGNED AND ENTERED this the ____ day of _____, 2021.

_____
Judge Presiding

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | Case Number 4:19CR181 |
| § | |
| **CONRAD ALAN ROCKENHAUS** § | |

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Anand Varadarajan, attorney for Government in this case, and he has no opposition to this request.

    /s/ Walter M. Reaves, Jr.
Walter M. Reaves, Jr.
100N. 6th Street, Suite 802
Waco, Texas 76701
(254) 296-0020
FAX (877) 726-4411
TBA#16644200
wmreaves@reaveslegal.com