# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

**DATE:** 7/22/2022

| MAGISTRATE JUDGE | COURT REPORTER: Video and Digital |
|---|---|
| **Christine A. Nowak** | **COURTROOM DEPUTY:** K. Lee |
| USA v. Conrad Rockenhaus | 4:19CR181-1 ALM/CAN |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Anand Varadarajan, AUSA | Tor Ekeland, Retained<br>Matt Hamilton, CJA |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: MOTION HEARING ON DKTS. 144, 145 |
|---|---|
| 9:08 a.m. | Case called. Appearances noted. Defense counsel appears by video. All other parties are present in videoconference room. Court outlines status of case. |
| 9:09 a.m. | Defense counsel orally moves to withdraw from representation of defendant. No objection by Government. Having considered defendant's request to terminate retained counsel, as well as retained counsel's oral request to withdraw, Court orally grants withdrawal. |
| 9:10 a.m. | Court directs Mr. Ekeland to provide defendant's file within five days of new counsel appearing or court's determination that defendant may proceed pro se. Mr. Ekeland is excused. Defendant requests to proceed pro se but agrees to consult with counsel before making a final determination on whether to proceed pro se. Court finds that defendant would qualify for counsel and appointment for consultation in the interest of justice. |
| 9:18 a.m. | Defendant remanded. Court adjourned. |
| 10:49 a.m. | Case recalled. Defendant placed under oath. Court discusses right to counsel with defendant. Defendant no longer desires to proceed pro se and requests court-appointed counsel. Court reviews financial affidavit with defendant and finds that he qualifies for court-appointed counsel. Matt Hamilton, CJA counsel, appointed. Formal order to follow. |
| 10:53 a.m. | Defendant remanded. |

DAVID O'TOOLE, CLERK
BY: <u>Karen Lee</u>
Courtroom Deputy Clerk